**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
_Western_ **DIVISION**

**RECEIVED**

JUN 17 2022

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

Antoine S. Lee (Whitney Lee)

(Enter Above the Name of the Plaintiff in this Action)

**1:22CV354.**

vs.

Tamala Taylor

(Enter above the name of the Defendant in this Action)

**JUDGE COLE .**

If there are additional Defendants, please list them:

~~Darla Gabreyi~~
~~EPA Suite~~

**MAGISTRATE JUDGE BOWMAN**

**COMPLAINT**

I. **Parties to the action:**

**Plaintiff:** Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Antoine S. Lee

Name - Full Name Please - PRINT

1738 Northcut

Street Address

Cincinnati - ohio - 45237

City, State and Zip Code

513 - 391 - 1169

Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. _Tamala Taylor_
   Name - Full Name Please
   _ESA Suites 320 Glensprings Drive Springdale Ohio 45246_
   Address: Street, City, State and Zip Code

2. _Daryl Croley_
   _ESA Suites 320 Glensprings Drive Springdale Ohio 45246_

3. _____

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

## II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

plaintiff Moved into the Extended stay America in Springdale ohio Any. on May 23-2022 The salvation Any A paid for A few weeks Then plaintiff started paying for her room, Tamla Taylor who Is the hotel Mangen Told plaintiff That she would Take her out of The hotel system And That plaintiff should Just pay her whit she could The Two of Them because close The plaintiff gave Ms Taylor 330.00 worth of her Food stamps as a payment for her Room plaintiff Advised Ms Taylor That she would like To Theft Report done because she was missing her wigs out of her Room The hotel Mangen did Any Theft Report UNTILL 6-06-2022 only After plaintiff Called springdale police Thats when The hotel Mangen Ms Taylor Lied To The police officers saying Ms. Lee only been at The hotel for 2 weeks Ms Taylor Also Refunded A payment That was paid for she Returned The money back To The credit with No one permission and Then she charged The plaintiff 88.00 for when night once The springs date police did a Investigation They Advise The Employees including The Mangen at the hotel That The Matter is now A civil Issue and pre-eviction so I wasnt made To Leave but she Ms Taylor kept Locking me out of The Room Also another hotel Employee by The Name Carmen who was fired from The hotel But Ms Taylor allowed her work back At hotel. she was also A wanted person Carmen also is The one who stole Items out of my Ms Taylor Actions caused me To be be depressed And homeless, Ms Taylor Lied To corporate several Times To cover up her illegal Actions also Included in Evidence is Ms Taylor Cash App showing Two payment she made To plaintiff please see Admissible Evidence

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

<u>Case Number</u>                                      <u>Caption</u>

_____        _____ vs. _____

_____        _____ vs. _____

_____        _____ vs. _____

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

I Would like Tamala TAYLor To pay
Me #50.000

I state under penalty of perjury that the foregoing is true and correct. Executed on
this 16th day of JUNE, 20 22.

_____
Signature of Plaintiff