AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Antoine S. Lee <br> *Plaintiff* <br> v. <br> Tamla Taylor <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 1:22-cv-354 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: the R&R (Doc. 4) is adopted in full. The Court therefore dismisses Lee's Complaint (Doc. 3) without prejudice and certifies pursuant to 28 U.S.C. § 1915(a) that any appeal of this Order would not be taken in good faith.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 9/2/22

CLERK OF COURT

*Scott M. [signature]*

Signature of Clerk or Deputy Clerk